JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX HOLDING GROUP, LLC, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GREENWICH INSURANCE CO., et al.<br><br>　　　　Defendants.<br>_____ | Case No.: CV 15-1583 DSF (JCx)<br><br>JUDGMENT |

　　　The Court having ordered that the case be dismissed on a motion to dismiss, IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 2/29/16

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge