1

TROUTMAN SANDERS LLP
Jennifer Mathis, Bar No. 187275

2

jennifer.mathis@troutmansanders.com
580 California Street, Suite 1100

3

San Francisco, CA  94104
Telephone:  415.477.5706

4

Facsimile:   415.477.5710

5

Binh Duong T. Pham, Bar No. 275065
binh.pham@troutmansanders.com

6

5 Park Plaza, Suite 1400
Irvine, CA 92614

7

Telephone: 949.622.2761
Facsimile:  949.769.2075

8

9

Attorneys for Defendant,
GREENWICH INSURANCE COMPANY

10

11

UNITED STATES DISTRICT COURT

12

CENTRAL DISTRICT OF CALIFORNIA

13

14

PHOENIX HOLDING GROUP, LLC,
a New Jersey limited liability company,

15

and PHOENIX WAREHOUSE OF
CALIFORNIA, LLC, a California

16

limited liability company,

17

Plaintiffs,

18

v.

19

GREENWICH INSURANCE
COMPANY,  a Delaware corporation,

20

and THE DORFMAN
ORGANIZATION, LTD., a New York

21

corporation,

22

Defendants.

Case No. 2:15-cv-01583-DFS-JC

Hon. Dale S. Fischer

**JOINT NOTICE OF SETTLEMENT**

23

24

25

26

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that, in connection with mediation held on August 1, 2016, the parties have reached a confidential settlement of this entire action.  Within forty-five (45) days, the parties expect that the Settlement Agreement will be finalized and thereafter, the parties will submit a Stipulation and Proposed Order to dismiss the instant action with prejudice, pursuant to Fed. R. Civ. P. 41.

Dated:  August 3, 2016                      TROUTMAN SANDERS LLP


By:  */s/ Jennifer Mathis*
    Jennifer Mathis
    Binh Duong T. Pham
    Attorneys for Defendant
    GREENWICH INSURANCE
    COMPANY

Dated:  August 2, 2016                      THE ALVAREZ FIRM


By:  */s/ David A. Shaneyfelt*
    David A. Shaneyfelt
    Justin M. Alvarez
    Paul M. Dipietro
    Attorneys for Plaintiffs
    PHOENIX HOLDING GROUP, LLC,
    and PHOENIX WAREHOUSE OF
    CALIFORNIA, LLC

Dated:  August 2, 2016                      KAUFMAN BORGEEST & RYAN LLP


By: /s/ *Nicole Sheth*
    Jeffrey S. Whittington
    Nicole Sheth
    Attorneys for Defendant
    THE DORFMAN ORGANIZATION,
    LTD

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 1 -                      JOINT NOTICE OF SETTLEMENT

1

**ATTESTATION OF FILER**

2

3          Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all parties have

concurred in the filing of this joint notice of settlement.

4

5     Dated:  August 3, 2016                    TROUTMAN SANDERS LLP

6

7                                              By:  */s/ Jennifer Mathis*
                                                   Jennifer Mathis
8                                                  Binh Duong T. Pham
                                                   Attorneys for Defendant
9                                                  GREENWICH INSURANCE
                                                   COMPANY
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 2 -                              JOINT NOTICE OF SETTLEMENT

28893863v1