**THE ALVAREZ FIRM, A Law Corporation**
**DAVID A. SHANEYFELT, State Bar No. 240777**
dshaneyfelt@alvarezfirm.com
**JUSTIN M. ALVAREZ, State Bar No. 223472**
jalvarez@alvarezfirm.com
**PAUL M. DIPIETRO, State Bar No. 287296**
pdipietro@alvarezfirm.com
24005 Ventura Boulevard
Calabasas, California 91302
Tel: (818) 224-7077
Fax: (818) 224-1380

Attorneys for Plaintiffs Phoenix Holding Group, LLC and Phoenix Warehouse of California, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX HOLDING GROUP, LLC, a New Jersey limited liability company, and PHOENIX WAREHOUSE OF CALIFORNIA, LLC, a California limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GREENWICH INSURANCE COMPANY, a Delaware corporation, and THE DORFMAN ORGANIZATION, LTD., a New York corporation,<br><br>　　　　Defendants. | Case No. 2:15-cv-01583-DSF-JC<br><br>Hon. Dale S. Fischer<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

Phoenix Holding Group, LLC and Phoenix Warehouse of California, LLC ("Phoenix") and Defendants Greenwich Insurance Company ("Greenwich") and The Dorfman Organization, Ltd. ("Dorfman") jointly submit this request for dismissal of Complaint with prejudice.

WHEREAS, Phoenix, Greenwich, and Dorfman reached a settlement that resolved their disputes and filed a Joint Notice of Settlement on August 3, 2016, (ECF# 63) advising that the parties would submit a Stipulation and Proposed Order to dismiss the instant action with prejudice within 45 days;

WHEREAS, on August 4, 2016, the Court dismissed this case without prejudice, while retaining jurisdiction for 45 days to reopen the action on a showing of good cause (ECF #64);

WHEREAS, the settlement has been finalized and the parties seek a dismissal with prejudice of the captioned case in its entirety, including all claims and defenses in Phoenix's complaint against Greenwich and Dorfman;

NOW, by and through the designated counsel of record, the parties hereby stipulate as follows:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), (a)(2) and (c), the complaint filed in the captioned action by Phoenix against Greenwich and Dorfman be dismissed with prejudice, pursuant to the conditions of the parties' settlement agreement;

2. No award of attorneys' fees or costs, or of expert fees or costs, is or shall be made in favor of any party.

IT IS SO STIPULATED.

1

**JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**

| | | |
|---|---|---|
| DATED: August 31, 2016 | | THE ALVAREZ FIRM |

    /s/ David A. Shaneyfelt
David A. Shaneyfelt
Attorney for Plaintiffs Phoenix Holding Group, LLC, and Phoenix Warehouse of California, LLC

**KAUFMAN BORGEEST & RYAN LLP**

    /s/ Jeffrey S. Whittington
Jeffrey S. Whittington
Nicole Sheth
Attorneys for Defendant The Dorfman Organization, LTD

**TROUTMAN SANDERS LLP**

    /s/ Jennifer Mathis
Jennifer Mathis
Binh Duong T. Pham
Attorneys for Defendant
Greenwich Insurance Company

2

**JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**

## **CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing attorney attests that he has obtained concurrence regarding this document's content and authorization to file this document from the indicated signatories to the document.

Dated:  August 31, 2016                    s/ David A. Shaneyfelt_____

**JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**